THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| John DeMello and ProfitMax, Inc., | Case No. Civ No. 04-4171 (PAM/RLE) |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| City of Fridley, | |

Pursuant to the Stipulation for Dismissal with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that:

1. This action is hereby dismissed with prejudice and without costs to any party.

Let judgment be entered accordingly.

Dated: August  19 , 2005.                         s/Paul A. Magnuson
                                                  The Honorable Paul A. Magnuson
                                                  United States District Judge